IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21-CR-3088 |
| vs. | ORDER |
| CARMEN VAZQUES, | |
| Defendant. | |

The parties have jointly moved the Court, pursuant to the Coronavirus Aid, Relief and Economic Security Act ("CARES Act"), Pub. L. No. 116-136, § 15002(b), 134 Stat. 281, General Order 2020-07, and General Order 2021-09, to conduct the defendant's change of plea hearing by video teleconferencing, or telephone conferencing if video teleconferencing is not reasonably available. The Court finds, considering the defendant's potential sentencing and interest in ending pretrial detention, that the change of plea cannot be further delayed without serious harm to the interests of justice. Accordingly,

IT IS ORDERED that the parties' Joint Motion to Conduct Plea Hearing by Remote Conference (filing 22) is granted.

Dated this 25th day of January, 2022.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
United States District Judge